IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


CHRISTOPHER JUNIOR PIERRE,

      Appellant,

 v.                                Case No.  5D21-2582
                                     LT Case No. 2019-CF-16226-A-O


STATE OF FLORIDA,

      Appellee.
_____/

Opinion filed April 8, 2022

Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

Matthew J. Metz, Public Defender,
and Ryan M. Belanger, Assistant
Public Defender, Daytona Beach, for
Appellant.

Christopher J. Pierre, Lake Butler,
pro se.

Ashley Moody, Attorney General,
Tallahassee,    and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

In this *Anders*[1] appeal, we affirm the judgment and sentences imposed by the trial court after trial but find it necessary to remand to correct a scrivener's error in the judgment.

Pierre was convicted of, among other things, discharging a firearm in public (count three). The trial court orally pronounced Pierre's sentence on this count to be "one year in the Orange County Jail with credit for 30 days time served." The court also ordered that this sentence be served concurrently with the lengthier prison sentences that it had just imposed on Pierre on counts one and two.

However, the written judgment, while accurately reflecting Pierre's adjudication of guilt on count three, inadvertently failed to include the actual sentence imposed. Accordingly, we remand for the trial court to enter an amended judgment that includes the sentence that it imposed on Pierre for count three. Pierre's presence is not required for this ministerial correction. *See Walker v. State*, 288 So. 3d 694, 696 (Fla. 4th DCA 2019).

AFFIRMED; REMANDED for entry of amended judgment to correct scrivener's error.

LAMBERT, C.J., HARRIS and TRAVER, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

2